### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHER DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | | |
|---|---|---|---|---|
| **In Re:** | ) | Case No: | 10-41695 |
| | ) | | |
| **Nilson & Odra Fontalvo** | ) | Chapter: | Chapter 13 |
| | ) | | |
| **Debtor(s)** | ) | Judge: | Jack B. Schmetterer |

### CERTIFICATE OF SERVICE

To:

Pierce & Associates, PC. 1 N. Dearborn, Ste 1300, Chicago, IL 60602 *via ECF*

Nilson and Odra Fontalvo, 2845 N. Kildare, Chicago, IL 60641 *via US Mail*

Tom Vaughn, 200 S. Michigan Ave., Ste 1300 Chicago, IL 60604 *via ECF*

### CERTIFICATE OF SERVICE

I, Steven J. Grace, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by Electronic Notice through ECF or by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 111 W. Washington St., Chicago, IL 60602, before the hour of 5:30 p.m., on August 5, 2014.

**By:**
/s/ Steven J. Grace_____
**Steven J. Grace, Attorney for Debtors**

**ATTORNEY FOR DEBTOR**
Steven J. Grace - 6298405
111 W. Washington St., Ste. 1625
Chicago, IL 60602
P: 312-493-6912  F: 888-462-6649
stevengracelaw@gmail.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHER DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** ) | Case No: | 10-41695 |
| ) | | |
| **Nilson & Odra Fontalvo** ) | Chapter: | Chapter 13 |
| ) | | |
| **Debtor(s)** ) | Judge: | Jack B. Schmetterer |

### ANSWER TO CREDITOR SILVERGATE BANK'S RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

The debtors, by and through counsel, Steven J. Grace, Esq. hereby responds to the Response to Notice of Payment of Final Mortgage Cure, answering as follows:

1. Denied.

2. Denied.

WHEREFORE, the debtors request that the court strike Creditor's Response to Notice of Payment of Final Mortgage Cure and award attorneys fees and all other equitable relief.

Respectfully Submitted,

**By:**
**/s/ Steven J. Grace**
**Steven J. Grace, Attorney for Debtors**

**ATTORNEY FOR DEBTORS**
Steven J. Grace - 6298405
111 W. Washington St., Ste. 1625
Chicago, IL 60602
P: 312-493-6912  F: 888-462-6649
stevengracelaw@gmail.com